**<u>Exhibit D</u>**



---------- Forwarded message ---------
From: **Alton Jones** <ajones@thatsgreatnews.com>
Date: Thu, Nov 30, 2023, 3:35 PM
Subject: Local Life Magazine article plaque proof: ID #14738820
To: rensworkdotcom@gmail.com <rensworkdotcom@gmail.com>
Cc: reggieoctober44@gmail.com <reggieoctober44@gmail.com>

Greetings,

I have received your article plaque proof and  submitted along with pricing. Our price starts with the Lucinda Premium Clear. One in this size is $259 plus 10% shipping. Our popular Mahogany Wood option comes with a $38 upcharge. The top-of-the-line HD Metal option comes with a $90 upcharge. Please let me know which option fits your décor best and I will be happy to assist you.

**Alton Jones**

## Account Manager

**Phone:** **1-813-692-5383**

**Direct:** 1-813-378-3416

**Email:** ajones@thatsgreatnews.com

**Web:** thatsgreatnews.com



PS Find your plaque in our store

Enter your name or company name 🔍

That's GreatNews

12985 N. Telecom Pkwy., Tampa, FL 33637

   ★★★★☆ **Rating 4.8** from **4943+** Customer Reviews.
30 day unconditional 100% money back guarantee

That's Great News is proud to be **official partner of many Publications**, including Atlanta Journal Constitution, LA Times, Chicago Tribune, Food and Beverage Magazine, New York Daily News, Newsweek and Thomas Reuters/Super Lawyers. Disclosure: Unless otherwise stated we are not affiliated with specific publishers.

--
**Laurie Laykish**

800 Main Street, Hilton Head, SC, 29926
C: 843-227-4436



NEW!

HD Metal Black



Lucinda Premium



BEST SELLER

Wood

*Approximate Size: 20x28*