**<u>Exhibit E</u>**



**From:** Kelly Nolan <kelly@thatsgreatnews.com>
**Date:** April 22, 2024 at 10:29:55AM EDT
**To:** Laurel Herter <laurel@herterdesign.com>

1 of 3

**Subject: Ready for delivery - your press plaque Faces of creativity. Laurel Herter**
**Reply-To:** kelly@thatsgreatnews.com

Hello Laurel

When you work hard and get recognized with good press it's something to celebrate.

**Perhaps you're not sure if you'd like a plaque with your story? Here's how to decide...**

I want to send you your press article mounted on a plaque for a **30 day free inspection**. There is no obligation to buy, no risk for you.

I'm offering you this because I believe you can only appreciate the plaque's quality by holding and touching it.

**Make up your own mind** when you've the plaque in your hands. If you don't love it and don't want to keep it, just tell us, rip up the invoice and we'll arrange and pay for return shipping. So there's no hassle for you. If you decide to keep it the Lucinda plaque costs $289.

**View your plaque**

Alternatively, call us on 888-239-5731 to get straight through to someone who can help.

I'm keeping this free inspection offer open for the next 7 days.

Celebrating your great news,

Kind regards,

Kelly Nolan

Account Manager
That's Great News

PS. There is no catch, we've delivered over 300,000 plaques to happy customers. It only takes a minute to confirm having the plaque delivered to you before you decide if you wish to buy.



**UNCONDITIONAL 100% MONEY BACK GUARANTEE ON ALL PLAQUES**

A full refund if you don't like the plaque.



**4.8** Overall Satisfaction Rating




**Article**
Faces of creativity. Laurel Herter
**Featured**
Laurel Herter, Herter Design - Architectural Art Glass
**Published**
November 1st 2023
That's Great News is not affiliated with Local Life Magazine

**View my plaque**

That's Great News, 900 Northrop Rd., Wallingford, CT 06492. All Rights Reserved.
Call Us: 888-239-5731

Free Inspection T&Cs i) Available on plaque purchases under $400 ii) All orders shipped to Canada must be paid with credit card.
All prices are in USD.

If you don't wish to get alerts or our offers when you're in the news please
**unsubscribe**

(ID 14661252)





View email online.

**CustomerID (14661252)**

{"iid":"43468803","cid":"14661252","oid":"6510457262"}



SEARCH FOR PRODUCTS

**Call Us**
888-715-4900

**Questions?**
Live chat with us

🛒 My Cart ( 0 )

FREE PREVIEW    PLACE AN ORDER ⌄    VIEW SAMPLES    MY ACCOUNT ⌄    ABOUT OUR COMPANY    CONTACT US

HOME ＞ 6510457262



HD Metal Black

Lucinda Premium

Wood

Approximate Size: 22x34

🔍 Click image to enlarge

**Not the article you want? Click here to get a free preview for an alternative article.**

# Get your great news
## on your custom plaque

## 100% money back guarantee

We can have this plaque to you within 10 days, all with a no risk, 30 day, unconditional, **full refund guarantee**. We'll even take care of the return shipping for you, no questions asked!

**Wood plaque shown $327**

**Select Wood $327**

**View Lucinda and Metal options**

## Key Features of the Wood

- Mahogany, Black, Oak, Walnut or White
- Plaque edge and border: Gold, Silver or Black
- Personalization Plate
- High Gloss finish

- Classic style
- 3/4" Thickness
- Any size up to 40" by 40"
- Keyhole slot mounting

**Laurel Herter**
Herter Design - Architectural Art Glass
November 2023

Change your personalization plate text in the cart.

## Over 300, 000 Plaques Sold

We provide the most elegant, highest quality plaques available anywhere.









**From:** Kelly Nolan <kelly@thatsgreatnews.com>
**Date:** April 29, 2024 at 10:48:38AM EDT
**To:** Laurel Herter <laurel@herterdesign.com>
**Subject: Decide risk free - only pay if you like it**
**Reply-To:** kelly@thatsgreatnews.com

No images shown? <u>View online</u>



Call Us 888-239-5731

That's Great News is not affiliated with
Local Life Magazine

## Free inspection ends today

*Faces of creativity. Laurel Herter*

Dear Laurel

Its already been many weeks since you had the satisfaction of featuring in the Local Life Magazine. A plaque is a great way to keep the feeling of success alive, which is why last week I offered you a <u>free 30 day inspection</u> period for your plaque.

I'm sure if you had the actual plaque in your hands you'll want to keep it, so I'd like to send it to you now , with **no purchase obligation.** If I'm wrong and you don't love it, the risk is all mine, you won't pay a cent and we pay for return of the plaque.

However, to ensure you don't miss this offer you need to **act today**.



Wood



HD Metal Black



Lucinda Premium

*Approximate Size: 22x34*

 **Enlarge Plaque Image**

**Select Plaque**

If you're short on time today, just reply to this email and confirm you would like us to send out the plaque for a free no obligation 30 day free inspection and we'll get it dispatched.

Article
**Faces of creativity. Laurel Herter**

Featured
**Laurel Herter, Herter Design - Architectural Art Glass**

Publication

3 of 5

**Local Life Magazine**

Published
**November 1st 2023**



## UNCONDITIONAL 100% MONEY BACK GUARANTEE ON ALL PLAQUES

A full refund if you don't like the plaque.



**4.8** Overall Satisfaction Rating

 

## Shopper Approved Reviews



*"It's been wonderful working with the company. They have helped us create a beautiful "Wall of Fame" in our office that gets lots of compliments."*

Michael E

*"I had one of my three plaques damaged during shipping and the customer service that I received to replace the damage plaque was exceptional. The quality of the product was excellent as well. Five stars across the board is not an exaggeration."*

Paula W

4 of 5

*"I have been working with Candace for years on many plaques. She is wonderful."*

Lester M

---

*"They were just what I was looking for."*

Daddy O'Brien's Irish Ice Cream

---

*"I've bought over 20 plaques. Excellent pricing and service."*

Ron

### See your news on a Plaque

That's Great News is not affiliated with Local Life Magazine
That's Great News, 900 Northrop Rd., Wallingford, CT 06492. All Rights Reserved.
Call Us: 888-239-5731

Free Inspection T&Cs i) Available on plaque purchases under $400 ii) All orders shipped to Canada must be paid with credit card.
All prices are in USD.

If you don't wish to get alerts or our offers when you're in the news please
**unsubscribe**

(ID 14661252)



**CustomerID (14661252)**

{"iid":"43468803","cid":"14661252","oid":"6510457262"}